UNITED STATES DISTRICT COURT
EASTERN DIVISION OF KENTUCKY
AT LEXINGTON
CIVIL ACTION NO. 5:06-cv-29-JMH

**CAROLYN ROSE**                                                                                     **PLAINTIFF**

**V.**

**MARTEK BIOSCIENCES CORPORATION**                                           **DEFENDANT**

## FIRST AMENDED COMPLAINT

Comes the Plaintiff, Carolyn Rose, by counsel, and for her complaint against the Defendant, Martek Biosciences Corporation, states as follows:

1. That at all times relevant hereto, Plaintiff was a resident of Paris, Bourbon County, Kentucky.

2. That at all times relevant hereto, Defendant Martek Biosciences Corporation was an Maryland corporation doing business within the state of Kentucky with the usual corporate powers to sue and to be sued.

3. That Defendant's agent for service of process is S&H Lexington, LLC, 250 West Main Street, Suite 2300, Lexington, KY 40507.

## STATEMENT OF FACTS

4. Beginning January 9, 2003, Plaintiff worked for Martek Biosciences Corporation as a Materials Tech.

5. On or about September 20, 2005, Plaintiff requested leave under the Family and Medical Leave Act.

6. Plaintiff was entitled to leave under the FMLA.

7. On September 21, 2005, Defendant terminated Plaintiff from employment.

8. The Defendant terminated Plaintiff because she sought benefits under FMLA.

9. The Defendant's actions were intentional and in retaliation for Plaintiff exercising her rights under the FMLA.

10. As a result of the actions of the Defendant taken in violation of the FMLA, Carolyn Rose has suffered a loss of wages, interest on said wages, lost opportunity to earn wages in the future, the loss of her employment benefits, medical expenses, and can be expected to suffer medical expenses in the future, humiliation, embarrassment and emotional distress, all in an amount which exceeds the minimum jurisdiction of this Court.

11. Carolyn Rose ought to recover from the Defendant her costs expended herein and a reasonable fee for her attorney.

12. The actions of the Defendant herein pleaded were done without good faith, and therefore the Defendant should be required to pay the Plaintiff liquidated damages in an amount equal to her damages as pursuant to the FMLA.

WHEREFORE, Plaintiff, Carolyn Rose, demands judgment against the Defendant as follows:

1. For reinstatement, or, in the alternative, front pay and such sums as the finder of fact determines to be reasonable for lost wages, destruction of the power to earn money, past and future medical expenses, pain and embarrassment, humiliation and emotional distress, and liquidated damages all in an amount in excess of the minimum jurisdiction of this Court;

2. That the Plaintiff receive compensatory damages for embarrassment and humiliation and injury to her occupational reputation from the Defendant;

3. For prejudgment and postjudgment interest;

4. For her attorney's fees;

5. For her costs expended;

6. For a TRIAL BY JURY, and

7. For any and all other relief to which the Plaintiff may be entitled.

Respectfully submitted,

/s/ David R. Marshall
DAVID R. MARSHALL
The Old Northern Bank Bldg.
257 West Short Street
Lexington, Kentucky 40507
(859) 253-0708

## CERTIFICATE OF SERVICE

      This is to certify that a true and accurate copy of the foregoing Notice was served by electronic filing on this the 8th day of August 2006.

Mauritia G. Kamer  
Stites & Harbison, PLLC  
250 W. Main St., Suite 2300  
Lexington, KY 40507

                                          /s/ David R. Marshall_____  
                                          DAVID R. MARSHALL