UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| CAROLYN ROSE, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 5:06-29-JMH |
| | ) |
| V. | ) |
| | ) |
| MARTEK BIOSCIENCE CORPORATION, | ) |
| | ) **JUDGMENT** |
| Defendant. | ) |
| | ) |

\*\*   \*\*   \*\*   \*\*   \*\*

In accordance with the Order of even date and entered contemporaneously herewith,

**IT IS HEREBY ORDERED:**

(1) That this action be, and the same hereby is, **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET.**

(2) That all pending motions be, and the same hereby are, **DENIED AS MOOT.**

(3) That all scheduled proceedings be, and the same hereby are, **CONTINUED GENERALLY.**

(4) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

This the 27th day of April, 2007.



**Signed By:**

*Joseph M. Hood*
**United States District Judge**